```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JAMES AND MICHELLE WYNNE,           :
            Plaintiffs,             :
      - against -                   :
BAYER HEALTHCARE PHARMACEUTICALS    :
INC., SCHERING CORPORATION,
                                    :
            Defendants.
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/10

**MEMORANDUM AND ORDER**
09 Civ. 8965 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES MAGISTRATE JUDGE**

Counsel for plaintiff filed a motion to withdraw as attorney of record on June 17, 2010. Counsel for defendants, while not opposing the motion, requests that a time limit be placed on the engagement of replacement counsel. No opposition to plaintiff's motion or defendant's request has been received.

The motion to withdraw is granted, and the plaintiff is directed to retain new counsel or advise the Court that they will proceed <u>pro</u> <u>se</u> within 20 days.

**IT IS SO ORDERED.**

Dated:   New York, New York
         ~~June 30,~~ 2010
         July 7,

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

**Copies of this Opinion and Order have been mailed on this date to the following:**

Frank V. Floriani, Esq.
Sullivan Papain Block McGrath & Cannavano, P.C.
120 Broadway
New York, NY 10271

Charles L. Bach, Jr., Esq.
Scott M. Zimmerman, Esq.
Heidell, Pittoni, Murphy & Bach, LLP
99 Park Avenue
New York, NY 10016

Thomas J. Cullen, Jr.
Goodell, DeVries, Leech & Gray, LLC
Commerce Place
One South Street, 20th Floor
Baltimore, MD 21202